```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 27607
  AVANTA WILLIS
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

      Debtor
  SSN XXX-XX-1228


---------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

  1.  The case was filed on 10/15/08 .

  2.  The case was dismissed without confirmation, 12/05/2008.

---------------------------------------------------------------------
CREDITOR NAME               CLASS        CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                             PAID            PAID
---------------------------------------------------------------------

      Summary of disbursements:
---------------------------------------------------------------------
                   SECURED     PRIORITY   UNSECURED       OTHER          TOTAL
---------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00         .00          .00            .00
PRINCIPAL PAID        .00         .00         .00          .00            .00
INTEREST PAID         .00         .00         .00          .00            .00
TOTAL PAID            .00         .00         .00          .00            .00
The Debtor's attorney, PRO SE DEBTOR                 , was allowed $      .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




        Dated: 03/13/09              /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
   CASE NO. 08 B 27607 AVANTA WILLIS
```